**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Dongguan Jiashi Display Products Co., Ltd., et al.
                                        Plaintiff,

v.                                                                        Case No.: 1:24−cv−12342
                                                                        Honorable LaShonda A. Hunt

Shaopeng Guo

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 10, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: Due to recent developments in the case, the Court questions whether Plaintiffs have sufficiently alleged a basis for subject−matter jurisdiction. Based on the statement that "Plaintiffs' listings of the Vacuum Stand Products have been reinstated by Amazon" [25], it appears that Plaintiffs' standing to assert their federal claims may have dropped out of the case and it is unclear whether the requirements for diversity jurisdiction are satisfied for the remaining state law claim. "Because standing is an essential ingredient of subject−matter jurisdiction, it must be secured at each stage of the litigation." Bazile v. Fin. Sys. of Green Bay, Inc., 983 F.3d 274, 278 (7th Cir. 2020)) (citing Lujan v. Defs. of Wildlife, 504 U.S. 555, 561 (1992)). Accordingly, by 1/24/25, Plaintiffs must file a jurisdictional statement explaining the basis for jurisdiction over the claims asserted in the Complaint [1]. In lieu of filing a jurisdictional statement, by the same date, Plaintiff may file an amended complaint or notice of voluntary dismissal. Because there is no pending request for relief, no executed summons has been filed, and Defendant previously appeared only for the limited purpose of objecting to personal jurisdiction in connection with Plaintiffs' now−withdrawn motion for entry of a temporary restraining order, the Court declines to address the issue of personal jurisdiction at this time. Defendant may renew any objections to personal jurisdiction at a later date, if appropriate. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.