

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 01/27/2025

United States District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re: Dongguan Jiashi Display Products Co., Ltd. et al v. Shaopeng Guo

USDC Case Number: **1:24-cv-12342**

Dear Clerk:

Pursuant to the order entered by Honorable **LaShonda A. Hunt**, on 01/24/2025, the above record was

        X        electronically transmitted to Western District of Washington

      ☐        paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:    /s/ Jose Mejia
       Deputy Clerk

New Case No. _____      Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016